DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                        NO. 12-07-00073-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

SIMMONS
THEODORE YLIYAH NABI,  §          APPEAL FROM THE THIRD

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

LYNWOOD
COOK, SUZZAN FLEMING,

KEN
KUYKENDALL AND §          ANDERSON COUNTY, TEXAS

CHARLOTTE
WEST,

APPELLEES

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            Appellant Simmons Theodore Yliyah Nabi has filed a motion
to dismiss this appeal.  A copy of the
motion has been sent to all counsel of record. 
Because Nabi has met the requirements of Texas Rule of Appellate
Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed.

Opinion
delivered June 13, 2007.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

(PUBLISH)